## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**IN THE MATTER OF MCCLENNY,**           **MISCELLANEOUS**
**MOSELEY & ASSOCIATES, PLLC**
                                          **NO. 23-58-UNA**

## <u>ORDER</u>

On July 26, 2023, this Court issued General Order 2023-12, which allowed attorneys to file certain hurricane or storm-related lawsuits with an opportunity to conduct their Rule 11 investigation into the validity of those claims within a 120-day period after filing the action. Since the Order was issued, hundreds of civil actions have been filed alleging hurricane and storm damage. And now, as the post-filing investigatory period closes for most of those cases, the Court is receiving a number of motions seeking dismissal of these actions.

These motions are based upon a few general grounds. In some instances, the parties have resolved the dispute through a settlement agreement. In others, the investigation into the claims has revealed some fatal defect in the claim: for example, the defendant insurer did not issue a policy that covered the damages to plaintiff's home. In some cases, the plaintiff has simply decided not to pursue his or her claim, after consultation with counsel. Finally, there have been a number of motions to dismiss actions because the filing attorney has, despite diligent efforts, been unable to locate or communicate with the plaintiff.

The appropriate manner to deal with the above scenarios is as follows:

## Settled Cases

If the parties reach an agreement to settle, they should immediately file a Notice of Settlement[1] with the Court. The Court will then issue a 60-day dismissal order, which gives the parties time to finalize their agreement, including the signing of a receipt and release agreement and the delivery of settlement funds. Assuming the agreement is finalized, the action will be dismissed with prejudice automatically at the end of the 60-day period.

## Voluntary Dismissals

If investigation reveals that there is no valid claim against the defendant(s), or if the plaintiff elects not to pursue his or her action, the plaintiff should file a Motion to Dismiss, which can be either jointly filed or unopposed. The specific basis for the requested dismissal should be clearly stated, and if the motion is filed on plaintiff's behalf, the motion should represent that the plaintiff agrees to the filing of the motion.

## No Contact with Plaintiff

For cases in which plaintiff's counsel has been unable to communicate with or locate the plaintiff, counsel should file a Notice of No Contact. This Notice should represent that, after diligent efforts to locate and communicate with the plaintiff, counsel has been unable to do so, and that counsel is therefore unable to meaningfully prosecute the action on behalf of the plaintiff. The Notice should include a declaration describing all efforts to locate and communicate with the plaintiff. The Notice should also include both the property address related to the claim and, if different, plaintiff's last known address. The Notice should also certify that it has been sent to the plaintiff by registered mail at his

---

[1] See Local Rule 16(c).

or her last known address, and proof of mailing should be attached to the Notice. The Court will consider these cases for dismissal pursuant to Local Civil Rule 41(b) for failure to prosecute.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the instant Order in each case referenced in Attachment A.

**SO ORDERED** in Baton Rouge, Louisiana on January 3, 2024

**FOR THE COURT:**

_____
CHIEF JUDGE SHELLY D. DICK
MIDDLE DISTRICT OF LOUISIANA

**ATTACHMENT A**

| Docket Number | Case Caption |
| --- | --- |
| 3:22-cv-00725 | Robinson v. Southern Fidelity Insurance Company |
| 3:22-cv-00733 | Duos v. State Farm Fire & Casualty Co. et al. |
| 3:22-cv-00736 | Muhammad v. American Bankers Insurance Co. of Florida |
| 3:22-cv-00741 | Veal v. State Farm Fire & Casualty Co. et al. |
| 3:22-cv-00742 | Barner v. American Security Insurance Company et al. |
| 3:22-cv-00746 | Kennedy v. State Farm Fire & Casualty Co. et al. |
| 3:22-cv-00747 | Moses v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-00755 | Brown v. State Farm Fire & Casualty Co. et al. |
| 3:22-cv-00761 | Jones v. United Property & Casualty Insurance Company |
| 3:22-cv-00763 | Whaley v. Allstate Vehicle and Property Insurance Company et al. |
| 3:22-cv-00765 | Powers v. Allstate Vehicle and Property Insurance Company et al. |
| 3:22-cv-00767 | Nelson v. Allstate Vehicle and Property Insurance Company et al. |
| 3:22-cv-00769 | Battiste v. State Farm Fire & Casualty Co. et al. |
| 3:22-cv-00772 | Franklin v. Allstate Vehicle and Property Insurance Company et al. |
| 3:22-cv-00773 | Zhang v. Liberty Mutual Fire Insurance Company et al. |
| 3:22-cv-00847 | Refuge v. Allstate Vehicle and Property Insurance Company et al. |
| 3:22-cv-00848 | Andrews v. FedNat Insurance Company |
| 3:22-cv-00849 | Perkins v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:22-cv-00942 | Randle v. Allied Trust Insurance Company |
| 3:22-cv-00944 | O'neal v. Allied Trust Insurance Company |
| 3:22-cv-00947 | Vellier v. Allied Trust Insurance Company |
| 3:22-cv-00951 | Theodore v. Allied Trust Insurance Company |
| 3:22-cv-00952 | Gilbert v. Allstate Indemnity Company |
| 3:22-cv-00953 | Wallace v. Allstate Indemnity Company |
| 3:22-cv-00954 | Green v. Allstate Indemnity Company |
| 3:22-cv-00955 | Collins v. Allstate Insurance Company |
| 3:22-cv-00957 | Antoine v. Allstate Insurance Company |

**ATTACHMENT A**

| | |
|---|---|
| 3:22-cv-00958 | Gauthier v. Allstate Insurance Company |
| 3:22-cv-00961 | Devall v. Allstate Vehicle and Property Insurance Company |
| 3:22-cv-00962 | Chisholm v. Allstate Vehicle and Property Insurance Company |
| 3:22-cv-00963 | Hargrove v. American Summit Insurance Company |
| 3:22-cv-00964 | Steuber v. Garrison Property and Casualty Insurance Company |
| 3:22-cv-00966 | Carey v. Occidental Fire & Casualty Company of North Carolina |
| 3:22-cv-00968 | Tyrone v. United Property & Casualty Insurance Company |
| 3:22-cv-00973 | Fletcher v. USAA Casualty Insurance Company |
| 3:22-cv-00975 | Patin v. USAA General Indemnity Company |
| 3:22-cv-00976 | Manning v. USAA General Indemnity Company |
| 3:22-cv-00982 | Davis v. Allied Trust Insurance Company |
| 3:22-cv-00985 | Breaux v. Allied Trust Insurance Company |
| 3:22-cv-00987 | Gerard v. Allied Trust Insurance Company |
| 3:22-cv-00988 | Williams v. Allied Trust Insurance Company |
| 3:22-cv-00990 | Titus v. Allstate Indemnity Company |
| 3:22-cv-00991 | Berthelot v. Allstate Insurance Company |
| 3:22-cv-00992 | Austin v. Allstate Vehicle and Property Insurance Company |
| 3:22-cv-00993 | McNabb v. American Summit Insurance Company |
| 3:22-cv-01058 | Davis v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01061 | Tucker v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01062 | Saulny v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01063 | Severio v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01064 | Miles v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01065 | Wood-Willis v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01066 | Lee v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01068 | Soulier v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01069 | Fields v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01071 | Price v. State Farm Fire and Casualty Company et al. |

**ATTACHMENT A**

| | |
|---|---|
| 3:22-cv-01072 | Tilley v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01073 | Nipper v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01074 | Robertson v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01075 | Guitreau v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01076 | Noel v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01077 | Ziegler v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01079 | Williams v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01080 | Connelly v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01081 | Kling v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01082 | Broussard v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01083 | Dartez v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01084 | Nelson v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01085 | Jackson v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01086 | Leblanc v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01092 | McMahon v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01093 | Olsen v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01094 | Yazeed v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01095 | Laprairie v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01096 | Payne v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01097 | Shivers v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01098 | Joseph v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01100 | Le v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01101 | Massey v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01102 | Guidry v. State Farm Fire and Casualty Company et al. |
| 3:22-cv-01103 | Wiggins v. State Farm Fire and Casualty Company et al. |
| 3:23-cv-01248 | Davenport v. State Farm Insurance |
| 3:23-cv-00746 | Tullier v. State Farm Fire and Casualty Company |
| 3:23-cv-00773 | Sonnier v. State Farm Fire and Casualty Company |

**ATTACHMENT A**

| | |
|---|---|
| 3:23-cv-00309 | Goins v. Allstate Insurance Company |
| 3:23-cv-00321 | Fields Land Co LLC v. Century Surety Company |
| 3:23-cv-00337 | Sims v. State Farm Fire and Casualty Company |
| 3:23-cv-00366 | Figueroa v. USAA General Indemnity Company |
| 3:23-cv-00369 | Sparacello  et al v. State Farm Fire and Casualty Company |
| 3:23-cv-00370 | Guilbault et al v. State Farm Fire and Casualty Company |
| 3:23-cv-00373 | Martin v. Scottsdale Insurance Company |
| 3:23-cv-00393 | Burton v. Allstate Indemnity Company |
| 3:23-cv-00395 | University View Condominium Association v. State Farm Fire and Casualty Company |
| 3:23-cv-00403 | Buyas v. State Farm Fire & Casualty Company |
| 3:23-cv-00430 | Krieger et al v. Allstate Insurance Company |
| 3:23-cv-00431 | Akin v. Hartford Casualty Insurance Company |
| 3:23-cv-00434 | Williams  et al v. Safeco Insurance Company Oregon |
| 3:23-cv-00443 | Weber v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00444 | Distefano v. State Farm Fire and Casualty Company |
| 3:23-cv-00453 | Equity Capital Markets, LLC v. Safeport Insurance Company |
| 3:23-cv-00454 | Equity Capital Markets, LLC v. Safeport Insurance Company |
| 3:23-cv-00455 | Plain et al v. Safeco Insurance Company of Oregon |
| 3:23-cv-00460 | Worthy v. Allstate Insurance Company |
| 3:23-cv-00466 | Shelter Mutual Insurance Company v. Martin et al |
| 3:23-cv-00474 | McCloud v. Allied Trust Insurance Company |
| 3:23-cv-00475 | Pennington Capital, LLC, et al v. Atlantic Casualty Insurance Company |
| 3:23-cv-00494 | Lake's Edge Condominium Owners Association, Inc. v. AmGUARD Insurance Company |
| 3:23-cv-00499 | Binder v. State Farm Fire and Casualty Company |
| 3:23-cv-00501 | Hasan v. Allstate Idemnity Insurance Company |
| 3:23-cv-00508 | Plain and Associates, LLC v. AmGUARD Insurance Company |
| 3:23-cv-00518 | Nguyen et al v. State Farm Fire and Casualty Company |
| 3:23-cv-00519 | Anderson v. American National Property and Casualty Company |

**ATTACHMENT A**

| | |
|---|---|
| 3:23-cv-00520 | Thompson v. Liberty Mutual Insurance Company |
| 3:23-cv-00521 | Hebert v. USAA Casualty Insurance Company |
| 3:23-cv-00525 | Melancon et al v. Liberty Personal Insurance Company |
| 3:23-cv-00535 | Lalumia et al v. The Hanover American Insurance Company |
| 3:23-cv-00546 | Pierre et al v. USAA General Indemnity Company |
| 3:23-cv-00549 | Michaels et al v. Safeco Insurance Company Of America |
| 3:23-cv-00563 | Levy et al v. State Farm Fire and Casualty Company |
| 3:23-cv-00566 | Fruit of the Spirit Church v. Atlantic Casualty Insurance Company |
| 3:23-cv-00572 | White et al v. USAA Casualty Insurance Company |
| 3:23-cv-00583 | Baldwin v. Certain Underwriters Lloyds London, et al |
| 3:23-cv-00585 | Arnette v. State Farm Fire and Casualty Company |
| 3:23-cv-00586 | Kline et al v. State Farm Fire and Casualty Company |
| 3:23-cv-00587 | Mueller et al v. North Light Specialty Insurance Company et al |
| 3:23-cv-00590 | Girlinghouse v. State Farm Fire and Casualty Company |
| 3:23-cv-00591 | Delpit v. State Farm Fire and Casualty Company |
| 3:23-cv-00598 | Sheffield v. State Farm Fire and Casualty Company |
| 3:23-cv-00599 | Tabor et al v. State Farm Fire and Casualty Company |
| 3:23-cv-00600 | Stevenson v. State Farm Fire and Casualty Company |
| 3:23-cv-00602 | Hopkins v. Imperial Fire and Casualty Insurance Company |
| 3:23-cv-00603 | Bucher v. State Farm Fire and Casualty Company |
| 3:23-cv-00608 | Arnould v. State Farm Fire and Casualty Company |
| 3:23-cv-00610 | Bledsoe et al v. American National Property and Casualty Company |
| 3:23-cv-00612 | Demourelle et al v. State Farm Insurance Company |
| 3:23-cv-00621 | MJ Superstore, LLC v. Security National Insurance Company |
| 3:23-cv-00622 | Gurvin v. Liberty Mutual Insurance Company |
| 3:23-cv-00628 | Burton et al v. Liberty Mutual Insurance Company |
| 3:23-cv-00631 | Hurst v. Allstate Vehicle and Property Insurance Company et al |
| 3:23-cv-00634 | Cozad v. State Farm Fire and Casualty Company |

**ATTACHMENT A**

| | |
|---|---|
| 3:23-cv-00640 | JKR Hospitality LLC v. Scottsdale Insurance Company |
| 3:23-cv-00643 | Starks v. State Farm Fire and Casualty Company |
| 3:23-cv-00649 | Bell v. State Farm Fire and Casualty Company |
| 3:23-cv-00654 | Sharper v. Allstate Insurance Company |
| 3:23-cv-00655 | Chambers et al v. State Farm Fire and Casualty Company |
| 3:23-cv-00657 | Cook v. Liberty Personal Insurance Company et al |
| 3:23-cv-00658 | Walker v. Liberty Mutual Insurance Company |
| 3:23-cv-00659 | Parquette et al v. State Farm Fire and Casualty Company et al |
| 3:23-cv-00660 | Parker et al v. Gulf States Insurance Company et al |
| 3:23-cv-00661 | Banai et al v. State Farm Fire and Casualty Company et al |
| 3:23-cv-00666 | Smith, Jr.  et al v. Shelter Mutual Insurance Company |
| 3:23-cv-00668 | Michael v. State Farm Fire and Casualty Company |
| 3:23-cv-00675 | Brannan et al v. Allstate Insurance Company |
| 3:23-cv-00676 | LeDuff et al v. Allstate Insurance Company |
| 3:23-cv-00677 | McIntyre et al v. Allstate Insurance Company |
| 3:23-cv-00680 | Caulfield v. State Farm Fire and Casualty Company |
| 3:23-cv-00683 | Gallusser v. State Farm Fire and Casualty Company |
| 3:23-cv-00684 | Chatman et al v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00685 | Hayes et al v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00686 | Hux v.  State Farm Fire and Casualty Company |
| 3:23-cv-00687 | Zernott et al v. Safeco Insurance Company of Oregon |
| 3:23-cv-00688 | Benoit v. State Farm Fire and Casualty Company |
| 3:23-cv-00689 | Lambert et al v. State Farm Fire and Casualty Company |
| 3:23-cv-00690 | Aulds  v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00691 | Disher v. USAA Casualty Insurance Company |
| 3:23-cv-00696 | JES, Inc. v. Scottsdale Insurance Company |
| 3:23-cv-00705 | Turner v. State Farm Fire and Casualty Company |
| 3:23-cv-00707 | Plain et al v. Geovera Specialty Insurance Company |

**ATTACHMENT A**

| | |
|---|---|
| 3:23-cv-00711 | Interior Design Associates, Inc. et al v. Ohio Security Insurance Company et al |
| 3:23-cv-00713 | Plain v. Safeco Insurance Company of Oregon |
| 3:23-cv-00714 | Plain et al v. Safeco Insurance Company Oregon |
| 3:23-cv-00715 | Equity Capital Markets, LLC v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-00716 | Plain v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-00718 | Plain et al v. Safeco Insurance Company of Oregon |
| 3:23-cv-00724 | Simoneaux et al v.  State Farm General Insurance Company |
| 3:23-cv-00727 | Viney et al v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00731 | Bailey et al v. Allied Trust Insurance Company et al |
| 3:23-cv-00734 | Greaud v. Allstate Insurance Company |
| 3:23-cv-00736 | Kin Interinsurance Network  v. Assencoa et al |
| 3:23-cv-00737 | Audiffred et al v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00739 | Marshall v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00740 | Plain v. Safeport Insurance Company |
| 3:23-cv-00743 | Plain v. American Zurich Insurance Company |
| 3:23-cv-00744 | Gremillion v. State Farm Fire and Casualty Company |
| 3:23-cv-00752 | Bodden v. State Farm Fire and Casualty Company |
| 3:23-cv-00759 | Lewis v. Liberty Personal Insurance Company |
| 3:23-cv-00761 | Jarrell v. Allied Trust Insurance Company |
| 3:23-cv-00762 | Carpenter et al v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00763 | Asberry v. State Farm Fire and Casualty Company |
| 3:23-cv-00765 | Ocmand v. State Farm Fire & Casualty Company |
| 3:23-cv-00767 | Guidry v. Aegis Security Insurance Company |
| 3:23-cv-00772 | Bibbins v. Geovera Specialty Insurance Company et al |
| 3:23-cv-00778 | Valentine v. State Farm Fire & Casualty Co. |
| 3:23-cv-00780 | Didier v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-00783 | Burke v. Shelter Mutual Insurance Company |
| 3:23-cv-00784 | Lewis et al v. State Farm Fire and Casualty Company |

**ATTACHMENT A**

| 3:23-cv-00785 | Litty v. State Farm Fire & Casualty Company |
|---|---|
| 3:23-cv-00786 | Blackwell v. Foremost Insurance Company Grand Rapids Michigan |
| 3:23-cv-00791 | Collins v. State Farm Fire and Casualty Company |
| 3:23-cv-00792 | Blackwell v. Foremost Insurance Company Grand Rapids Michigan |
| 3:23-cv-00795 | Collins v. State Farm Fire and Casualty Insurance Company |
| 3:23-cv-00796 | Rodrigue et al v. State Farm Fire and Casualty Company |
| 3:23-cv-00798 | Tota v. State Farm Fire and Casualty Company |
| 3:23-cv-00802 | Community Worship Center v. Church Mutual Insurance Company, S.I. |
| 3:23-cv-00803 | Ellis v. Allstate Insurance Company |
| 3:23-cv-00808 | Plain et al v. Safeco Insurance Company of Oregon |
| 3:23-cv-00809 | Brown v. Allstate Insurance Company |
| 3:23-cv-00811 | Equity Capital Markets, LLC v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-00813 | Julia Rents LLC v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-00814 | Robertson v. State Farm Fire & Casualty Company |
| 3:23-cv-00815 | Plain and Associates, LLC et al v. Geovera Specialty Insurance Company |
| 3:23-cv-00816 | Severio v. Aegis Security Insurance Company |
| 3:23-cv-00817 | Plain et al v. Safeco Insurance Company of Oregon |
| 3:23-cv-00818 | Plain et al v. Safeco Insurance Company of Oregon |
| 3:23-cv-00819 | Plain v. Safeco Insurance Company of Oregon |
| 3:23-cv-00820 | Plain et al v. Safeco Insurance Company Oregon |
| 3:23-cv-00821 | Plain v. American Zurich Insurance Company |
| 3:23-cv-00822 | Green v. State Farm Fire and Casualty Company |
| 3:23-cv-00824 | Moses v. State Farm Fire and Casualty, et al. |
| 3:23-cv-00825 | Maha Laxmi LLC v. Palomar Specialty Insurance Company |
| 3:23-cv-00826 | Hayes et al v. Teachers Insurance Company |
| 3:23-cv-00827 | Normandy Village, LLC et al. v. Certain Underwriters at Lloyd's London, et al. |
| 3:23-cv-00828 | Boudreaux v. Tower Hill Prime Insurance Company |
| 3:23-cv-00829 | Cheramie v. Geovera Specialty Insurance Company |

**ATTACHMENT A**

| | |
|---|---|
| 3:23-cv-00830 | Fink v. American Modern Property and Casualty Insurance Company |
| 3:23-cv-00831 | Rider v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00832 | Plain v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-00833 | The Concord Condominium Association, Inc. v. Certain Underwriters at Lloyd's London et al |
| 3:23-cv-00834 | Plain v. American Zurich Insurance Company |
| 3:23-cv-00836 | Cook et al v. State Farm Fire and Casualty Company et al |
| 3:23-cv-00837 | Babin v. State Farm Fire & Casualty Company |
| 3:23-cv-00838 | Hogan et al v. State Farm Fire and Casualty Company |
| 3:23-cv-00839 | Kliebert v. Nationwide Mutual Insurance Company |
| 3:23-cv-00841 | Equity Capital Markets, LLC v. American Zurich Insurance Company |
| 3:23-cv-00842 | Victory Hospitality LLC v. Penn America Insurance Company |
| 3:23-cv-00843 | Acosta et al v. State Farm Fire and Casualty Company |
| 3:23-cv-00844 | Hoyt v. Safeco Insurance Company Of America |
| 3:23-cv-00845 | Watts v. Safeco Insurance Company Of America |
| 3:23-cv-00846 | McGee v. Sagesure Insurance Mangers, LLC |
| 3:23-cv-00847 | Bueche v. Allstate Insurance Company |
| 3:23-cv-00848 | Dieck  v. State Farm Fire & Casualty Company |
| 3:23-cv-00849 | Bailey v. State Farm Fire & Casualty Company |
| 3:23-cv-00851 | Robinson  et al v. State Farm Fire & Casualty Company |
| 3:23-cv-00852 | Laiche v. State Farm Fire & Casualty Company |
| 3:23-cv-00853 | Butler v. Foremost Insurance Company Grands Rapids, Michigan |
| 3:23-cv-00855 | Struppeck v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-00857 | Allen v. Aegis Security Insurance Company |
| 3:23-cv-00858 | Huff v. HomeFirst Agency Inc |
| 3:23-cv-00859 | Stewart v. Liberty Mutual Insurance Company |
| 3:23-cv-00860 | Gonzales et al v. Shelter Mutual Insurance Company |
| 3:23-cv-00861 | McNabb v. Aegis Security Insurance Company |
| 3:23-cv-00862 | Thompson  v. State Farm Fire & Casualty Company |

**ATTACHMENT A**

| | |
|---|---|
| 3:23-cv-00863 | Abbott et al v. Tower Hills Prime Insurance Company |
| 3:23-cv-00864 | Turner v. HomeFirst Agency Inc |
| 3:23-cv-00865 | Mayfield et al v. State Farm Fire and Casualty Company |
| 3:23-cv-00868 | Wheatley et al v. Allied Trust Insurance Company |
| 3:23-cv-00869 | Russell v. State Farm Fire and Casualty Company |
| 3:23-cv-00870 | Paige v. Allstate Insurance Company |
| 3:23-cv-00871 | Lanns v. American Bankers Insurance Company of Florida |
| 3:23-cv-00872 | Gobble v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00873 | Doucet v. American Southern Home Insurance Company |
| 3:23-cv-00874 | Smolek v. American National Property and Casualty Company |
| 3:23-cv-00875 | Jackson v. State Farm Fire and Casualty Company |
| 3:23-cv-00876 | Holland v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-00877 | Collins v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-00878 | Stafford v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-00879 | Mumphery v. Liberty Mutual Fire Insurance Company |
| 3:23-cv-00881 | Williams v. American Modern Property and Casualty Insurance Company |
| 3:23-cv-00883 | Johnson v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00884 | Chesen v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00885 | Robinson v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00886 | Robinson v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00887 | Rauschkolb v. American Bankers Insurance Company of Florida |
| 3:23-cv-00888 | Evans v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-00890 | Holmes v. State Farm Fire and Casualty Company |
| 3:23-cv-00891 | Robertson v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00892 | Hathorne v. State Farm Fire and Casualty Company |
| 3:23-cv-00893 | Tucker v. Hartford Insurance Company of the Midwest |
| 3:23-cv-00894 | Cole v. American Modern Property and Casualty Insurance Company |
| 3:23-cv-00896 | Carter v. Allstate Vehicle and Property Insurance Company |

**ATTACHMENT A**

| | |
|---|---|
| 3:23-cv-00897 | Johnson v. State Farm Fire and Casualty Company |
| 3:23-cv-00898 | Rogers v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00899 | Bell v. State Farm Fire and Casualty Company |
| 3:23-cv-00900 | Taylor v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00901 | Ellis v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00902 | Causey v. State Farm Fire & Casualty Company |
| 3:23-cv-00904 | Hollies v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00905 | Edwards v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00906 | Jones v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00907 | Berger-nielsen v. State Farm Fire and Casualty Company |
| 3:23-cv-00908 | Mitchell v. State Farm Fire and Casualty Company |
| 3:23-cv-00910 | Perkins v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-00911 | Jones v. Geovera Specialty Insurance Company |
| 3:23-cv-00912 | Trisler v. Liberty Mutual Fire Insurance Company |
| 3:23-cv-00913 | Jones v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-00914 | Brooks v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00915 | Santinac v. State Farm Fire and Casualty Company |
| 3:23-cv-00916 | Knox v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00917 | Yarbrough v. State Farm Fire and Casualty Company |
| 3:23-cv-00918 | Harris v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-00919 | Moran v. American Modern Property and Casualty Insurance Company |
| 3:23-cv-00920 | Johnson v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00922 | Low v. Liberty Mutual Fire Insurance Company |
| 3:23-cv-00923 | Laiche v. State Farm Fire and Casualty Company |
| 3:23-cv-00924 | Gabilondo v. Shelter Mutual Insurance Company |
| 3:23-cv-00925 | Floyd v. State Farm Fire and Casualty Company |
| 3:23-cv-00926 | Conner v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-00927 | Hills v. National General Insurance Company |

**ATTACHMENT A**

| | |
|---|---|
| 3:23-cv-00928 | Franklin v. Allstate Indemnity Company |
| 3:23-cv-00929 | Alfred Sr. v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00930 | Johnson v. National General Insurance Company |
| 3:23-cv-00931 | Guillotte v. American National Property and Casualty Company |
| 3:23-cv-00932 | Woods v. State Farm Fire and Casualty Company |
| 3:23-cv-00933 | Leduff v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00934 | Thomas v. National General Insurance Company |
| 3:23-cv-00935 | Governor v. State Farm Fire and Casualty Company |
| 3:23-cv-00936 | York v. National General Insurance Company |
| 3:23-cv-00937 | Fisher v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00938 | Brady v. National General Insurance Company |
| 3:23-cv-00939 | Rogers v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00940 | Collins v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00941 | Collins v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00943 | Grayer v. State Farm Fire and Casualty Company |
| 3:23-cv-00944 | Crawford v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-00945 | Jackson v. Liberty Mutual Fire Insurance Company |
| 3:23-cv-00946 | Square v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00947 | Fields v. National General Insurance Company |
| 3:23-cv-00948 | Wascom v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-00950 | Jones v. Alliance Insurance Agency, LLC |
| 3:23-cv-00951 | Jones v. Liberty Mutual Insurance Company |
| 3:23-cv-00952 | Connelley v. State Farm Fire and Casualty Company |
| 3:23-cv-00955 | Mitchell v. State Farm Insurance Company |
| 3:23-cv-00957 | Mury v. Louisiana Farm Bureau Mutual Insurance Company |
| 3:23-cv-00958 | Gaignard v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00959 | Altazan v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00960 | Sanders v. Allstate Vehicle and Property Insurance Company |

**ATTACHMENT A**

| | |
|---|---|
| 3:23-cv-00961 | Green v. Dover Bay Specialty Insurance Company |
| 3:23-cv-00962 | Eisley v. Liberty Mutual Fire Insurance Company |
| 3:23-cv-00963 | Mcgalliard v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00964 | Kinchen v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00965 | Wiggins v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00966 | Sanders v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00967 | Sylve v. State Farm Fire and Casualty Company |
| 3:23-cv-00968 | Lockheart v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00969 | Warren v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-00970 | DUNN v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00971 | Scott v. State Farm Fire and Casualty Company |
| 3:23-cv-00972 | Kleinpeter v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00973 | Johnson v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00974 | Ridgley v. American Bankers Insurance Company of Florida |
| 3:23-cv-00975 | Curtis v. Liberty Mutual Fire Insurance Company |
| 3:23-cv-00976 | Nevers v. State Farm Fire and Casualty Company |
| 3:23-cv-00977 | Tillman v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00978 | Russ v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00979 | Miller v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00980 | Suluki v. State Farm Fire and Casualty Company |
| 3:23-cv-00981 | Wilkins v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-00982 | Bearbow Monroe v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-00983 | Pierre v. State Farm Fire and Casualty Company |
| 3:23-cv-00984 | Williams v. Allstate Insurance Company |
| 3:23-cv-00986 | Monroe v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-00991 | Thomas v. State Farm Fire and Casualty Company |
| 3:23-cv-00992 | Baptiste v. State Farm Fire and Casualty Company |
| 3:23-cv-00993 | Johnson v. Imperial Fire and Casualty Insurance Company |

**ATTACHMENT A**

| | |
|---|---|
| 3:23-cv-00995 | Shorty v. American Bankers Insurance Company of Florida |
| 3:23-cv-00996 | York v. American Bankers Insurance Company of Florida |
| 3:23-cv-00997 | Barbin v. Shelter Mutual Insurance Company |
| 3:23-cv-00998 | Garza v. Allied Trust Insurance Company |
| 3:23-cv-00999 | Stewart v. American Bankers Insurance Company of Florida |
| 3:23-cv-01000 | Chevolleau v. Safeco Insurance Company of Oregon |
| 3:23-cv-01001 | Henry v. State Farm Fire and Casualty Company |
| 3:23-cv-01002 | Grace v. American Bankers Insurance Company of Florida |
| 3:23-cv-01003 | Jackson v. American Security Insurance Company |
| 3:23-cv-01004 | McGee v. Occidental Fire & Casualty Company of North Carolina |
| 3:23-cv-01005 | Cage v. State Farm Fire and Casualty Company |
| 3:23-cv-01006 | Tillis v. Aegis Security Insurance Company |
| 3:23-cv-01007 | Mims v. State Farm Fire and Casualty Company |
| 3:23-cv-01008 | Payne v. State Farm Fire and Casualty Company |
| 3:23-cv-01009 | Gray v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-01010 | Franklin v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-01011 | Pool v. Aegis Security Insurance Company |
| 3:23-cv-01012 | Mills v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-01013 | Gray v. State Farm Fire and Casualty Company |
| 3:23-cv-01014 | Dunbar v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-01015 | Johnson v. American Bankers Insurance Company of Florida |
| 3:23-cv-01016 | Reuther v. State Farm Fire and Casualty Company |
| 3:23-cv-01017 | Lacy v. State Farm Fire and Casualty Company |
| 3:23-cv-01019 | Jackson v. Ocean Harbor Casualty Insurance Company |
| 3:23-cv-01020 | Ebere v. Allstate Indemnity Company |
| 3:23-cv-01021 | Chaney v. American Bankers Insurance Company of Florida |
| 3:23-cv-01022 | Spann v. State Farm Fire and Casualty Company |
| 3:23-cv-01023 | Demonica v. Allstate Vehicle and Property Insurance Company |

**ATTACHMENT A**

| | |
|---|---|
| 3:23-cv-01024 | Holton v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-01025 | Jacob v. State Farm Fire and Casualty Company |
| 3:23-cv-01028 | Breland v. Hartford Insurance Company of the Midwest |
| 3:23-cv-01029 | McGalliard v. State Farm Fire and Casualty Company |
| 3:23-cv-01030 | Moss v. Foremost Insurance Company |
| 3:23-cv-01031 | Davis v. State Farm Fire and Casualty Company |
| 3:23-cv-01032 | Woodard v. State Farm Fire and Casualty Company |
| 3:23-cv-01033 | Lewis v. State Farm Fire and Casualty Company |
| 3:23-cv-01035 | Berry v. Shelter Mutual Insurance Company |
| 3:23-cv-01038 | Howard v. State Farm Fire and Casualty Company |
| 3:23-cv-01039 | Williams v. Safeco Insurance Company Of America |
| 3:23-cv-01040 | Morris v. Farmers |
| 3:23-cv-01041 | Phillips v. State Farm Fire and Casualty Company |
| 3:23-cv-01042 | Lennox v. State Farm Fire and Casualty Company |
| 3:23-cv-01043 | Brumfield v. State Farm Fire and Casualty Company |
| 3:23-cv-01044 | Hughes v. Allstate Insurance Company |
| 3:23-cv-01045 | Leray v. State Farm Fire and Casualty Company |
| 3:23-cv-01046 | Lewis v. SageSure Insurance Managers LLC |
| 3:23-cv-01047 | Young v. State Farm Fire and Casualty Company |
| 3:23-cv-01048 | Walker v. State Farm Fire and Casualty Company |
| 3:23-cv-01049 | Love v. Aegis Security Insurance Company |
| 3:23-cv-01050 | Blount v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-01051 | Courtney v. State Farm Fire and Casualty Company |
| 3:23-cv-01052 | Moon v. State Farm Fire and Casualty Company |
| 3:23-cv-01053 | Westbrook v. Aegis Security Insurance Company |
| 3:23-cv-01054 | Broadway v. American Bankers Insurance Company of Florida |
| 3:23-cv-01055 | Cox v. State Farm Fire and Casualty Company |
| 3:23-cv-01056 | Obioha v. Allstate Vehicle and Property Insurance Company |

**ATTACHMENT A**

| 3:23-cv-01057 | Berthelot v. American Bankers Insurance Company of Florida |
|---|---|
| 3:23-cv-01058 | Fields v. State Farm Fire and Casualty Company |
| 3:23-cv-01059 | Noah v. Allied Trust Insurance Company |
| 3:23-cv-01060 | Henry v. State Farm Fire and Casualty Company |
| 3:23-cv-01061 | Cavin's Auto Repair, LLC v. Employers Mutual Casualty Company |
| 3:23-cv-01062 | Shipley v. State Farm Fire and Casualty Company |
| 3:23-cv-01063 | Davis v. Liberty Mutual Fire Insurance Company |
| 3:23-cv-01064 | Paige v. Allstate Insurance Company |
| 3:23-cv-01065 | Green v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-01066 | McClintock v. Allstate Insurance Company |
| 3:23-cv-01067 | Russ v. Allstate Indemnity Company |
| 3:23-cv-01069 | Wax v. State Farm Fire and Casualty Company |
| 3:23-cv-01070 | Jackson v. Dover Bay Specialty Insurance Company |
| 3:23-cv-01072 | Walley v. Liberty Mutual Insurance Company |
| 3:23-cv-01073 | Duchmann v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-01074 | Geoghegan v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-01075 | Edwards v. State Farm Fire and Casualty Company |
| 3:23-cv-01076 | Stewart v. American Modern Property and Casualty Insurance Company |
| 3:23-cv-01077 | Johnson v. State Farm Fire and Casualty Company |
| 3:23-cv-01078 | Williams v. State Farm Fire and Casualty Company |
| 3:23-cv-01080 | Williams v. State Farm Fire and Casualty Company |
| 3:23-cv-01081 | Brown v. Liberty Mutual Fire Insurance Company |
| 3:23-cv-01082 | Grdinich v. Homefirst Agency Inc. |
| 3:23-cv-01083 | McCastle v. State Farm Fire and Casualty Company |
| 3:23-cv-01085 | Saylor v. American Bankers Insurance Company of Florida |
| 3:23-cv-01086 | Hill v. State Farm Fire and Casualty Company |
| 3:23-cv-01087 | Claiborne v. State Farm Fire and Casualty Company |
| 3:23-cv-01089 | Franklin v. Allstate Indemnity Company |

**ATTACHMENT A**

| | |
|---|---|
| 3:23-cv-01090 | Frazier v. State Farm Fire and Casualty Company |
| 3:23-cv-01091 | Morgan v. State Farm Fire and Casualty Company |
| 3:23-cv-01092 | Leblanc v. American Southern Home Insurance Company |
| 3:23-cv-01095 | Webre v. State Farm Fire and Casualty Company |
| 3:23-cv-01097 | Joseph v. American Bankers Insurance Company of Florida |
| 3:23-cv-01099 | Hajdari v. Allstate Insurance Company |
| 3:23-cv-01100 | Richard v. State Farm Fire and Casualty Company |
| 3:23-cv-01101 | Sanders v. Liberty Mutual Insurance Company |
| 3:23-cv-01103 | Nunn v. Scottsdale Insurance Company |
| 3:23-cv-01105 | Johnson v. State Farm Fire and Casualty Company |
| 3:23-cv-01106 | Bagala v. Liberty Personal Insurance Company |
| 3:23-cv-01107 | Paige v. Allstate Insurance Company |
| 3:23-cv-01108 | James v. State Farm Fire and Casualty Company |
| 3:23-cv-01109 | Davis v. State Farm Fire and Casualty Company |
| 3:23-cv-01111 | Mayeux v. State Farm Fire and Casualty Company |
| 3:23-cv-01112 | White v. 21st Century North America Insurance Company |
| 3:23-cv-01113 | Gales v. State Farm Fire and Casualty Company |
| 3:23-cv-01114 | Fleegle v. American Modern Property and Casualty Insurance Company |
| 3:23-cv-01115 | Merrick v. Geovera Specialty Insurance Company |
| 3:23-cv-01117 | Matthews v. State Farm Fire and Casualty Company |
| 3:23-cv-01118 | Griffin v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-01119 | Blount v. State Farm Fire and Casualty Company |
| 3:23-cv-01121 | Clements v. ASI Lloyds |
| 3:23-cv-01122 | Cedarwood Association, Inc. v. Scottsdale Insurance Company |
| 3:23-cv-01123 | Greater Turner Chapel African Methodist Episcopal Church, Inc. v. Church Mutual Insurance Company |
| 3:23-cv-01124 | Lanns v. American Bankers Insurance Company of Florida |
| 3:23-cv-01125 | Navarrete v. State Farm Fire and Casualty Company |
| 3:23-cv-01126 | Dunaway v. Allstate Insurance Company |

**ATTACHMENT A**

| | |
|---|---|
| 3:23-cv-01127 | Pearley v. State Farm Fire and Casualty Company |
| 3:23-cv-01128 | Bennett v. State Farm Fire and Casualty Company |
| 3:23-cv-01130 | McGuire v. Shelter Mutual Insurance Company |
| 3:23-cv-01131 | Blunt v. Safeco Insurance Company of Oregon |
| 3:23-cv-01132 | Morgan v. Allied Trust Insurance Company |
| 3:23-cv-01133 | Williams v. State Farm Fire and Casualty Company |
| 3:23-cv-01135 | Guidry v. Assurant Insurance Agency, Inc. |
| 3:23-cv-01136 | Trinity AME Church Gonzales v. Northfield Insurance Company |
| 3:23-cv-01138 | Rapoza v. Aegis Security Insurance Company |
| 3:23-cv-01139 | Grand v. Tower Hill Prime Insurance Company |
| 3:23-cv-01140 | Banks v. State Farm Fire and Casualty Company |
| 3:23-cv-01141 | Batiste v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-01142 | Neucere v. American Bankers Insurance Company of Florida |
| 3:23-cv-01143 | Toussaint v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-01144 | Wiggins v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-01145 | Howell v. State Farm Fire and Casualty Company |
| 3:23-cv-01146 | Carter v. American Bankers Insurance Company of Florida |
| 3:23-cv-01147 | Garrett v. Liberty Mutual Fire Insurance Company |
| 3:23-cv-01148 | Eppinett v. State Farm Fire and Casualty Company |
| 3:23-cv-01149 | Dickerson v. State Farm Fire and Casualty Company |
| 3:23-cv-01150 | Ricks v. Liberty Mutual Fire Insurance Company |
| 3:23-cv-01151 | Judson v. State Farm Fire and Casualty Company |
| 3:23-cv-01152 | Tillman v. State Farm Fire and Casualty Company |
| 3:23-cv-01153 | Mathis v. Imperial Fire and Casualty Insurance Company |
| 3:23-cv-01155 | Seibert v. State Farm and Fire Casualty Company |
| 3:23-cv-01158 | Sims v. Geico Casualty Company |
| 3:23-cv-01159 | Smith v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-01160 | White v. State Farm Fire and Casualty Company |

**ATTACHMENT A**

| | |
|---|---|
| 3:23-cv-01161 | Chatman v. United National Insurance Company |
| 3:23-cv-01162 | Raby v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-01163 | McKnight v. State Farm Fire and Casualty Company |
| 3:23-cv-01165 | Cannon v. National General Insurance Company |
| 3:23-cv-01166 | Tyler v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-01167 | Reeves v. American Bankers Insurance Company of Florida |
| 3:23-cv-01170 | Primeaux v. Liberty Personal Insurance Company |
| 3:23-cv-01171 | Sziszak v. State Farm Fire and Casualty Company |
| 3:23-cv-01173 | Favorite v. State Farm Fire and Casualty Company |
| 3:23-cv-01174 | Sanders v. Safepoint Insurance Company |
| 3:23-cv-01175 | Bush v. Shelter Mutual Insurance Company |
| 3:23-cv-01176 | King v. USAA Casualty Insurance Company |
| 3:23-cv-01177 | McManus v. State Farm Fire and Casualty Company |
| 3:23-cv-01178 | Jackson v. Hartford Insurance Company of the Midwest |
| 3:23-cv-01180 | Smiley v. Allstate Insurance Company |
| 3:23-cv-01181 | Viccellio v. Foremost Property and Casualty Insurance Company |
| 3:23-cv-01182 | Pugsley v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-01183 | God's Tabernacle of Deliverance, et al v. Scottsdale Insurance Company |
| 3:23-cv-01184 | Wise v. State Farm Fire and Casualty Company |
| 3:23-cv-01185 | Yates v. State Farm Fire and Casualty Company |
| 3:23-cv-01186 | Glisson v. State Farm Fire and Casualty Company |
| 3:23-cv-01187 | Meads v. State Farm Insurance Company |
| 3:23-cv-01188 | Holmes v. Shelter Mutual Insurance Company |
| 3:23-cv-01189 | Gwendolyn v. Homeowners of America Insurance Company |
| 3:23-cv-01190 | McNell v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-01192 | Edwards v. State Farm Fire and Casualty Company |
| 3:23-cv-01193 | Brock v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-01194 | Lundberg v. Foremost Property and Casualty Insurance Company |

**ATTACHMENT A**

| | |
|---|---|
| 3:23-cv-01195 | McCaleb v. Liberty Mutual Insurance Company |
| 3:23-cv-01196 | Demesme v. State Farm Fire and Casualty Company |
| 3:23-cv-01197 | Albagdadi v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-01199 | Jackson v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-01200 | Fletcher v. Imperial Fire and Casualty Insurance Company |
| 3:23-cv-01201 | Patterson v. State Farm Fire and Casualty Company |
| 3:23-cv-01202 | Donaldson v. Liberty Mutual Fire Insurance Company |
| 3:23-cv-01203 | Turner v. HomeFirst Agency Inc |
| 3:23-cv-01204 | Walley v. Liberty Mutual Fire Insurance Company |
| 3:23-cv-01205 | Moore v. State Farm Fire and Casualty Company |
| 3:23-cv-01206 | Richardson v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-01207 | Wynn v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-01209 | Gaignard v. Hartford Insurance Company of the Midwest |
| 3:23-cv-01210 | Johnson v. American Summit Insurance Company |
| 3:23-cv-01211 | Vice v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-01212 | Steib v. State Farm Fire and Casualty Company |
| 3:23-cv-01213 | Williams v. Allstate Insurance Company |
| 3:23-cv-01214 | Selders v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-01215 | Harden v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-01217 | Patton v. State Farm Fire and Casualty Company |
| 3:23-cv-01218 | Smith v. State Farm Fire and Casualty Company |
| 3:23-cv-01220 | Dunn v. State Farm Fire and Casualty Insurance Company |
| 3:23-cv-01222 | Efferson v. American Bankers Insurance Company of Florida |
| 3:23-cv-01223 | Major v. Liberty Mutual Insurance Company |
| 3:23-cv-01224 | Veal v. Geovera Advantage Insurance Services Inc. |
| 3:23-cv-01225 | McClure v. State Farm Insurance Company |
| 3:23-cv-01226 | Spinosa v. Foremost Insurance Company Grand Rapids Michigan |
| 3:23-cv-01227 | Spinosa v. American National Property and Casualty Company et al |

**ATTACHMENT A**

| 3:23-cv-01228 | Spinosa v. Allstate Indemnity Company et al |
| 3:23-cv-01230 | Gros v. Assurant Insurance Agency, Inc. |
| 3:23-cv-01231 | Bunyett v. Safeco Insurance Company of America |
| 3:23-cv-01232 | Coleman v. American Bankers Insurance Company of Florida |
| 3:23-cv-01233 | Hogan v. Allstate Vehicle and Property Insurance Company |
| 3:23-cv-01234 | Chacon v. Scottsdale Insurance Company |
| 3:23-cv-01235 | Brown v. Farmers Insurance Exchange |
| 3:23-cv-01236 | Mattson v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-01237 | Tidwell v. American Bankers Insurance Company of Florida |
| 3:23-cv-01238 | Maghee v. Associated Industries Insurance Company, Inc. |
| 3:23-cv-01239 | Warren v. Foremost Insurance Company Grand Rapids, Michigan |
| 3:23-cv-01240 | Brown v. Geovera Specialty Insurance Company |
| 3:23-cv-01241 | Milligan v. Southern Vanguard |
| 3:23-cv-01243 | Adams et al v. Allstate Vehicle and Property Insurance Company et al |
| 3:23-cv-01246 | Gettys v. Safeco Insurance Company Of America |
| 3:23-cv-01250 | Bonura v. Allstate Insurance Company |