UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEPHANIE HOYT *Plaintiff* | * * * | CIVIL ACTION NO. 23-00844 |
| VERSUS | * * | JUDGE: SHELLY D. DICK |
| SAFECO INSURANCE COMPANY OF AMERICA *Defendant* | * * * | MAGISTRATE: ERIN WILDER-DOOMES |

**O R D E R**

Considering the foregoing Joint Motion to Dismiss;

**IT IS ORDERED** that the Motion be and hereby is **GRANTED** and that all claims and this lawsuit are dismissed, with prejudice, each party to bear its own costs.

Baton Rouge, Louisiana this  21st  day of  October , 2024.

_____
JUDGE SHELLY D. DICK
UNITED STATES DISTRICT JUDGE